Cite as 2015 Ark. 418

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** November 5, 2015

IN RE 13th JUDICIAL CIRCUIT, DIVISON 4-- APPROVAL FOR DIGITAL ELECTRONIC RECORDING

**PER CURIAM**

Pursuant to Arkansas Supreme Court Administrative Order No. 4(e), this court previously granted Circuit Judge Robin Carroll's request to use digital electronic recording to make the official court record in his court. *In re 13th Judicial Circuit, Division 4 – Approval for Digital Electronic Recording*, 2014 Ark. 235. This approval was for a one-year period. Judge Carroll now requests that he be allowed to continue this practice.

Administrative Order No. 4 permits the use of digital electronic recording in the circuit courts with our approval. Since Judge Carroll's request was the first time that a circuit court sought to use digital electronic recording, we directed the Administrative Office of the Courts ("AOC") to evaluate the program after the pilot period ended. The AOC commissioned the National Center for State Courts to conduct the evaluation. It issued a report, Arkansas Judiciary, Administrative Office of the Courts, Digital Electronic Recording Evaluation, 13th Judicial District, 4th Division, Final Report, on July 15, 2015.

In light of Judge Carroll's desire to continue with digital electronic recording and the favorable findings of the National Center for State Court's review, we approve Judge

SLIP OPINION

Carroll's request to continue the use of digital electronic recording to make the official court record subject to complying with the recommendations contained in the report.